```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   KENNETH LEE BERRY,
11           Petitioner,                    No.  CIV S-11-1917 GGH P
12      vs.
13   R.A. BARNES,
14           Respondent.                    ORDER
15   _____/
```

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.

19            The application attacks a conviction issued by the Los Angeles County Superior

20   Court.  While both this Court and the United States District Court in the district where petitioner

21   was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973),

22   any and all witnesses and evidence necessary for the resolution of petitioner's application are

23   more readily available in [name] County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

24            Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

25            1.  This court has not ruled on petitioner's application to proceed in forma

26   pauperis; and

1   2. This matter is transferred to the United States District Court for the Central
2  District of California.
3  DATED: August 23, 2011
4                                                  /s/ Gregory G. Hollows
                                                UNITED STATES MAGISTRATE JUDGE
5
6  GGH:mp
   berr1917.108
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26