JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH LEE BERRY, | ) | Case No. CV 11-7096-GAF (OP) |
| | ) | |
| | ) | J U D G M E N T |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| R. A. BARNES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: November 1, 2011

HONORABLE GARY A. FEESS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge